Robert T. FOREMAN et al., Movant, v. J. W.
ISLEY et al., Opposed.

January 18, 1949.

Elmer P. Ware and James C. Ware, for movant.

John L. Cushing opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Deno PRICE, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

January 11, 1949.

Fritz Krueger for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General opposed.

PER CURIAM.

Motion denied; judgment affirmed.

T. J. CARNES, D. B. A. Hellard Ridge Coal Co. et al.,
Movant, v. J. H. STARNES, Opposed.

January 14, 1949.

James S. Lackey, and G. Murray Smith, Jr., for movant.

George T. Ross opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.